IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                          Civil Action No: 1:09cv360LG-RHW

$140,400.00  IN UNITED STATES CURRENCY                        DEFENDANT PROPERTY

**FINAL JUDGMENT AND DEFAULT JUDGMENT OF FORFEITURE**

THIS matter is before the Court on the Motion for Default Judgment (Ct. R., Doc. #10)

filed by the United States of America ("Government") and, finding that the relief sought by such

motion has merit and should be granted, the Court further finds and adjudicates as follow:

1.  The Verified Complaint in this matter was filed on June 12, 2009, and pursuant to

warrant for arrest issued by this Court the defendant property, described above, was arrested by

the United States Marshal.

2.  Subsequently, a notice of this action and of the arrest of defendant property was served

by certified mail return-receipt requested upon Eric Brown, Stephen Jackson, Marielle Weston

and their attorney Lanease D. Fuller as noted in the Proof of Service filed on August 27, 2009

(Ct. R., Doc. #6).  On July 28, 2009, publication of the notice of the arrest of Defendant Property

and of this action (Ct. R., Doc. #5) was duly completed in accordance with law and the order of

this Court.

3.  The notice of action and arrest of property (Ct. R., Doc. #4) informed all persons or

entities, known and unknown, that the defendant property had been arrested, that this forfeiture

action was pending, that they had no more than thirty-five days from receipt of notice to file their

claims and twenty days after filing the claim to file their answers. Further, for guidance in the preparation of their claims and answers, the notice referred any such persons or entities to Rule G(5) of Supplemental Rules of Certain Admiralty and Maritime Claims, Title 28, United States Code, and warned that if this rule was not strictly followed any claim and answer could be stricken and a default judgment of forfeiture rendered.

4. The Government took all reasonable measures to insure that Eric Brown, Stephen Jackson, Marielle Weston, and any other persons or entities received such notice in a timely fashion. To this date, however, Eric Brown, Stephen Jackson, Marielle Weston, nor any other person or entity has filed a claim, answer, or any other pleading in this case nor have they otherwise appeared herein, individually or through a representative. Therefore, any such potential claimants are in total default, the Entry of Default (Ct. R., Doc. #9) made by the Clerk was entirely proper, and the Government is entitled to a default judgment of forfeiture, all without the necessity of any further notice to Eric Brown, Stephen Jackson, Marielle Weston or any other person or entity.

**IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:**

a. The United States of America is hereby given a default judgment of forfeiture against the defendant property described as:

<u>PERSONAL PROPERTY</u>

$140,400.00 in United States Currency

and against the interests therein of Eric Brown, Stephen Jackson, Marielle Weston and any and all persons or entities having or claiming an interest in defendant property.

b. The United States of America is hereby given a judgment of forfeiture on the pleadings against the defendant property described above and against the interests therein of Eric

Brown, Stephen Jackson, and Marielle Weston, and a default judgment against any and all persons or entities having or claiming an interest in defendant property.

c. Title to defendant property is hereby vested in the United States of America and any administrative claims or interests therein of any persons or entities, including Eric Brown, Stephen Jackson, and Marielle Weston, are hereby canceled.

d. Defendant property is referred to the custody of the United States Marshal for disposition in accordance with law and regulations.

**SO ORDERED AND ADJUDGED** this the 30th day of November, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE